**Dismiss and Opinion Filed September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01119-CR
No. 05-13-01120-CR
No. 05-13-01121-CR
No. 05-13-01122-CR

**TROY LEE PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Troy Lee Perkins pleaded guilty to four aggravated robbery offenses. Pursuant to plea agreements, punishment in each case was assessed at twelve years' imprisonment. The sentences were imposed in open court on January 7, 2008. Appellant did not appeal his convictions at the time. The Court now has before it appellant's August 14, 2013 pro se "premature notice of appeal" stating that on August 5, 2013, he filed an application for post-conviction writ of habeas corpus seeking out-of-time appeals of these cases. In the notice of appeal, appellant asks that we "take notice of appeal" and order the trial court to appoint counsel to represent appellant in his out-of-time appeals.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and if not, the power of the court to act is as absent as if it did not exist. *See id.* As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). A court of appeals has no jurisdiction over an appeal absent a written judgment or an appealable order. *See Gutierrez v. State*, 307 S.W.3d 318, 321 (Tex. Crim. App. 2010); *Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.).

Appellant's August 14, 2013 notice of appeal is untimely as to the January 7, 2008 sentences in these cases. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Moreover, the Court has received nothing from the Texas Court of Criminal Appeals stating appellant has been granted out-of-time appeals, and this Court has no authority to grant appellant out-of-time appeals.

Accordingly, we dismiss the appeals for want of jurisdiction.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131119F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-13-01119-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-00645-S.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–3–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-13-01120-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71769-S.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–4–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-13-01121-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-71970-S.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-13-01122-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-71990-S.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE